1 **S. BRETT SUTTON 143107**
**JARED HAGUE 251517**
2 **JOSEPH V. MACIAS 273168**
**SUTTON HAGUE LAW CORPORATION, P.C.**
3 6715 N. Palm Avenue, Suite 216
Fresno, California  93704
4 Telephone:  (559) 325-0500

5 Attorneys for Plaintiff: Terry T. Snipes, Sr., an individual

6

7 **UNITED STATES DISTRICT COURT**

8 **EASTERN DISTRICT OF CALIFORNIA**

9 * * *

10 TERRY T. SNIPES, SR., an individual, residing
in San Joaquin County, California,

11

Case No. 2:15-cv-00878-MCE-KJN

Judge: Hon. Morrison C. England

12          Plaintiff,

13     vs.

14 DOLLAR TREE DISTRIBUTION, INC., A
Virginia Corporation; and Does 1 through 50,
15 inclusive,

16          Defendants.

17

18

19

20

21

22

23

24

25

**CLASS ACTION**

**JOINT STIPULATION REGARDING PLAINTIFF'S FILING OF SECOND AMENDED COMPLAINT AND DEFENDANTS' ANSWERS TO SECOND AMENDED COMPLAINT; ORDER THEREON**

Action Filed: April 1, 2015

26     Plaintiff TERRY T. SNIPES, SR. ("Plaintiff"), by and through his counsel of record, and

27 Defendant DOLLAR TREE DISTRIBUTION, INC. ("Defendant"), by and through its counsel

28 of record, hereby stipulate and agree as follows:

1

Sutton Hague
Law Corporation
6715 N. PALM AVENUE
SUITE 216
FRESNO, CA  93704

**RECITALS AND JOINT STIPULATION**

WHEREAS, Plaintiff desires to file a Second Amended Complaint and has provided Defendant with a copy of the proposed Second Amended Complaint;

WHEREAS, counsel for Plaintiff and Defendant have conferred in good faith;

NOW THEREFORE, IT IS HEREBY STIPULATED AS FOLLOWS:

1. Plaintiff's Second Amended Complaint will be deemed filed and served once the Court issues the order approving filing of the Second Amended Complaint, a true and correct copy of which is attached hereto as Exhibit "A".

2. Defendant will file and serve its Answer to the Second Amended Complaint within thirty (30) days following entry of the Court's order granting this joint stipulation.

DATED:  May 16, 2016

_____/s/ Jared Hague___
JARED HAGUE
SUTTON HAGUE LAW CORPORATION
Attorneys for Plaintiff
TERRY T. SNIPES, SR.

DATED:  May 16, 2016

_____/s/ Lindbergh Porter_____
LINDBERGH PORTER
LITTLER MENDELSON, P.C.
Attorneys for Defendant
DOLLAR TREE DISTRIBUTION, INC.

Sutton Hague
Law Corporation
6715 N. PALM AVENUE
SUITE 216
FRESNO, CA  93704

2

**ORDER**

Based on the above Stipulation of the Parties and good cause appearing therefor,

IT IS HEREBY ORDERED THAT Plaintiff's Second Amended Complaint, a true and correct copy of which is attached hereto as Exhibit "A", is deemed filed and served upon entry of this Order.

IT IS HEREBY FURTHER ORDERED THAT Defendant shall file and serve its Answer to the Second Amended Complaint within thirty (30) days following the date of this Order.

IT IS SO ORDERED.

Dated:  May 16, 2016

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

Sutton Hague
Law Corporation
6715 N. PALM AVENUE
SUITE 216
FRESNO, CA  93704

3