S. BRETT SUTTON, Bar No. 143107
JARED HAGUE, Bar No. 251517
SUTTON HAGUE LAW CORPORATION
6715 N. Palm Avenue, Suite 216
Fresno, California 93704
Telephone: (559) 325-0500
Facsimile: (559) 981-1217

Attorneys for Plaintiff
TERRY T. SNIPES, SR.

LINDBERGH PORTER, Bar No. 100091
KURT R. BOCKES, Bar No. 171647
LITTLER MENDELSON, P.C.
333 Bush Street
34th Floor
San Francisco, CA  94104
Telephone:    415.433.1940
Facsimile:    415.399.8490

Attorneys for Defendant
DOLLAR TREE DISTRIBUTION, INC.

*ADDITIONAL COUNSEL OF RECORD LISTED ON*
*NEXT PAGE*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRY T. SNIPES, SR., an individual,<br><br>　　　　Plaintiff,<br><br>v.<br><br>DOLLAR TREE DISTRIBUTION, INC., a Virginia corporation, and DOES 1 through 50, Inclusive,<br><br>　　　　Defendant. | Case No.  2:15-cv-00878-MCE-KJN (TEMP)<br><br>**STIPULATION AND ORDER TO EXTEND CERTIFICATION AND RELATED DISCOVERY DEADLINES** |

LITTLER MENDELSON, P.C.
333 Bush Street
34th Floor
San Francisco, CA  94104
415.433.1940

STIPULATION AND ORDER TO EXTEND
DEADLINES

Case No. 2:15-cv-00878-MCE-KJN (TEMP)

JEFFREY J. MANN, Bar No. 253440
LITTLER MENDELSON, P.C.
Treat Towers
1255 Treat Boulevard
Suite 600
Walnut Creek, CA  94597
Telephone:      925.932.2468
Facsimile:      925.946.9809

STEVEN WOODROW MOORE, Bar No. 193068
CONSTANGY BROOKS SMITH & PROPHETE LLP
600 17th Street, Suite 2700S
Denver, CO 80202
Telephone:      720.343.7540
Facsimile:      720.343.7541

Attorneys for Defendant
DOLLAR TREE DISTRIBUTION, INC.

STIPULATION AND ORDER TO EXTEND
DEADLINES

Case No. 2:15-cv-00878-MCE-KJN (TEMP)

On February 5, 2016, the Court issued a scheduling order setting deadlines for the close of Phase I discovery, and the filing of a motion for class certification. (See Dkt. No. 34.) Since that time, Plaintiff has agreed to dismiss his claims arising under the FLSA subject to a separate Joint Stipulation giving Plaintiff leave to amend his Complaint accordingly, and the parties have scheduled mediation on July 8, 2016, with Mark Rudy. To reduce litigation costs and therefore increase the likelihood of a successful mediation, the parties have agreed, subject to the Court's entry of this Order, to limit further discovery prior to the July 8, 2016 mediation to the deposition of Defendant's 30(b)(6) witnesses.

Therefore, the parties hereby request that the Court continue the currently scheduled deadlines as follows:

- Phase I Discovery Cutoff:                    November 15, 2016
- Deadline to file motion for certification:   December 16, 2016
- Deadline to file opposition:                 January 13, 2017
- Deadline to file reply:                      January 27, 2017

**IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD:**

Dated:  May 13, 2016                SUTTON HAGUE LAW CORPORATION, P.C.


                                    */s/ Jared Hague*
                                    S. BRETT SUTTON
                                    JARED HAGUE
                                    JOSEPH V. MACIAS
                                    Attorneys for Plaintiff
                                    TERRY T. SNIPES


                                    LITTLER MENDELSON, PC
Dated:  May 13, 2016


                                    */s/ Lindbergh Porter*
                                    LINDBERGH PORTER
                                    KURT R. BOCKES
                                    JEFFREY J. MANN
                                    LITTLER MENDELSON, P.C.
                                    Attorneys for Defendant
                                    DOLLAR TREE DISTRIBUTION, INC.

LITTLER MENDELSON, P.C.
333 Bush Street
34th Floor
San Francisco, CA  94104
415.433.1940

STIPULATION AND ORDER TO EXTEND
DEADLINES                                          Case No. 2:15-cv-00878-MCE-KJN (TEMP)

**ORDER**

     In accordance with the parties' agreement, and good cause appearing, the foregoing Joint Stipulation is hereby GRANTED.  The dates stated on the parties' [Proposed] Discovery Schedule are hereby adopted.  Given the extended deadlines, the hearing on Motion for Class Certification is continued from October 6, 2016 to February 9, 2017 at 2:00 p.m.

     IT IS SO ORDERED.

DATED:   May 25, 2016

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE