STEVEN W. MOORE, Bar No. 193068
smoore@constangy.com
CONSTANGY, BROOKS, SMITH & PROPHETE, LLP
600 17th Street, Suite 2700-S
Denver, Colorado 80202
Telephone: 720.343.7533
Facsimile: 720.343.7541

STEVEN B. KATZ, Bar No. 139078
skatz@constangy.com
CONSTANGY, BROOKS, SMITH & PROPHETE LLP
2029 Century Park East
Suite 1100
Los Angeles, CA 90067
Telephone: 310.909.7775
Facsimile: 424.276.7410

Attorneys for Defendant
DOLLAR TREE DISTRIBUTION, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| TERRY T. SNIPES, SR., an individual,<br><br>Plaintiff,<br><br>vs.<br><br>DOLLAR TREE DISTRIBUTION, INC., a Virginia corporation, and DOES 1 through 5, Inclusive,<br><br>Defendant. | CASE NO. 2:15-cv-00878-MCE-DAD<br><br>**ORDER GRANTING REQUEST FOR APPROVAL OF WITHDRAWAL OF COUNSEL AS ATTORNEY OF RECORD FOR DEFENDANT**<br><br>Complaint: April 1, 2015<br>FAC: May 17, 2016 |

The request for approval of withdrawal of counsel made by Steven W. Moore, Esq., and Steven B. Katz, Esq., of Constangy, Brooks, Smith & Prophete, LLP, is hereby approved and ORDERED.

**IT IS SO ORDERED.**

Dated: January 3, 2018

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE