S. BRETT SUTTON, 143107
brett@suttonhague.com
JARED HAGUE, 251517
jared@suttonhague.com
ANTHONY E. GUZMAN II, 311580
anthony@suttonhague.com
SUTTON HAGUE LAW CORPORATION, P.C.
5200 N. Palm Avenue, Suite 203
Fresno, California 93704
Telephone: (559) 325-0500

Attorneys for Plaintiff:
TERRY T. SNIPES, SR.

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

\* \* \*

| | |
|---|---|
| TERRY T. SNIPES, SR., an individual, residing in San Joaquin County, California,<br><br>Plaintiff,<br><br>vs.<br><br>DOLLAR TREE DISTRIBUTION, INC., A Virginia Corporation; and Does 1 through 50, inclusive,<br><br>Defendants. | **Case No.** 2:15-cv-00878-MCE-DAD<br><br>**ORDER GRANTING PLAINTIFF'S MOTION TO APPROVE CLASS NOTICE AND NOTICE PLAN** |

Plaintiff's Motion to Approve Class Notice and Notice Plan, filed by Plaintiff TERRY T. SNIPES, SR., was scheduled for hearing before this Court on April 5, 2018.[1] This Court, having now considered the documents filed in support of and in opposition to Plaintiff's motion and the arguments of counsel thereon, hereby GRANTS Plaintiff's Motion and adopts the following notice plan as the best notice practicable under the circumstances as required by Federal Rule of Civil Procedure 23(c).

/ / /

/ / /

---

[1] Having determined that oral argument was not of material assistance, the Court submitted the matter on the briefs in accordance with Local Rule 230(g).

Sutton Hague
Law Corporation, P.C.
5200 N. Palm Avenue
Suite 203
Fresno, CA 93704

**NOTICE ADMINISTRATOR**

Phoenix Settlement Administrators is appointed as the Notice Administrator.

**LETTER NOTICE**

Letter Notice will be sent by first class mail to all class members for whom Defendant has contact information for. The Notice Administrator will cross-reference all contact information for class members against change of address databases and initiate a good faith search for the current address. If a different address than the one provided by Defendant is found, the Notice Administrator shall mail the Notice to both the address provided by Defendant and the new address. Letter Notice will disseminate by the deadline set by the Court.

The Letter Notice approved shall be in the form attached hereto as Exhibit 1 to the Supplemental Declaration of Anthony Guzman, ECF No. 76-1.

**OPT-OUT PERIOD**

Class members will be given a date certain by which to opt-out. Class members will be given forty-five (45) days to decide whether to opt-out. The deadline to opt-out is set forth below in the schedule for class notice.

**DEADLINES FOR THE DISSEMINATION OF NOTICE**

The Court hereby adopts the following schedule for the dissemination of class notice. Relevant dates pertaining to the dissemination of notice are as follows:

| | |
|---|---|
| September 26, 2018 | Defendant to provide names and addresses of class members to the Third-Party Administrator |
| October 3, 2018 | Notice Disseminated |
| November 19, 2018 | Deadline to Opt-out |
| November 26, 2018 | Third-Party Administrator to provide list of all class members who did not opt-out to class counsel |

**IT IS SO ORDERED.**

**Dated: September 16, 2018**

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE