LINDBERGH PORTER, Bar No. 100091
lporter@littler.com
LITTLER MENDELSON, P.C.
333 Bush Street, 34th Floor
San Francisco, CA 94104
Telephone: 415.433.1940
Facsimile: 415.399.8490

ELENA R. BACA, Bar No. 160564
elenabaca@paulhasting.com
PAUL HASTINGS, LLP
515 South Flower Street, Twenty-Fifth Floor
Los Angeles, CA 90071
Telephone: 213.683.6000
Facsimile: 213.627.0705

Attorneys for Defendant
DOLLAR TREE DISTRIBUTION, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRY T. SNIPES, SR., an individual,<br><br>    Plaintiff,<br><br>v.<br><br>DOLLAR TREE DISTRIBUTION, INC., a Virginia corporation, and DOES 1 through 50, Inclusive,<br><br>    Defendants. | Case No. 2:15-cv-00878-MCE-DAD<br><br>**NOTICE OF TENTATIVE SETTLEMENT** |

LITTLER MENDELSON, P.C.
333 Bush Street
34th Floor
San Francisco, CA 94104
415.433.1940

NOTICE OF TENTATIVE SETTLEMENT                1.

1  **TO THE CLERK OF THE ABOVE-ENTITLED COURT:**

2  Defendant Dollar Tree Distribution and Lead Plaintiff/Class Member Terry Snipes have reached a tentative settlement of the entire case, subject to preparation of a long-form written settlement agreement by their counsel and appropriate motions for approval of class action settlement to be submitted to the Court.

Dated: December 27, 2019

Respectfully submitted,

/s/ *Lindbergh Porter*
LINDBERGH PORTER
LITTLER MENDELSON, P.C.
Attorneys for Defendant
DOLLAR TREE DISTRIBUTION, INC.

4829-3092-7024.1 061603.1170

LITTLER MENDELSON, P.C.
333 Bush Street
34th Floor
San Francisco, CA 94104
415.433.1940

NOTICE OF TENTATIVE SETTLEMENT  2.