S. BRETT SUTTON (SB# 143107)
JARED HAGUE (SB# 251517)
BRADY BRIGGS (SB# 310934)
SUTTON HAGUE LAW CORPORATION, P.C.
5200 N. Palm Avenue, Suite 203
Fresno, California 93704
Telephone: (559) 325-0500

Attorneys for Plaintiff
TERRY T. SNIPES, SR., AND THE CLASS

ELENA R. BACA (SB# 160564)
elenabaca@paulhastings.com
GEORGE W. ABELE (SB # 149846)
georgeabele@paulhastings.com
PAUL HASTINGS LLP
515 South Flower Street, Twenty-Fifth Floor
Los Angeles, California 90071-2228
Telephone: (213) 683-6000
Facsimile: (213) 627-0705

Attorneys for Defendant
DOLLAR TREE DISTRIBUTION, INC.

*[Additional counsel listed on next page]*

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

* * *

TERRY T. SNIPES, SR., an individual, residing in San Joaquin County, California,

Plaintiff,

vs.

DOLLAR TREE DISTRIBUTION, INC., A Virginia Corporation; and Does 1 through 50, inclusive,

Defendants.

Case No. 2:15-cv-00878-MCE-DAD

Judge: Hon. Morrison C. England, Jr.

**CLASS ACTION**

**JOINT STIPULATION RE: TOLLING OF DEADLINE TO SUBMIT INDIVIDUAL DEMAND FOR ARBITRATION; ORDER THEREON**

Action Filed: April 1, 2015

LINDBERGH PORTER (SB# 100091)
lporter@littler.com
LITTLER MENDELSON, P.C.
333 Bush Street, Thirty-Fourth Floor
San Francisco, CA 94104
Telephone: (415) 433-1940
Facsimile: (415) 399-8490

RYAN D. DERRY (SB# 244337)
ryanderry@paulhastings.com
PAUL HASTINGS LLP
101 California Street, Forty-Eighth Floor
San Francisco, California 94111
Telephone: (415) 856-7000
Facsimile: (415) 856-7100

Attorneys for Defendant
DOLLAR TREE DISTRIBUTION, INC.

## STIPULATION

Plaintiff TERRY T. SNIPES, SR. ("Plaintiff") and Defendant DOLLAR TREE DISTRIBUTION, INC. ("Defendant"), by and through their respective counsel of record, hereby stipulate and agree as follows:

1. On or about November 7, 2019, the Court entered a Memorandum and Order by which it, among other things, granted Defendant's Motion to Compel Arbitration and Amend Operative Class Definition with respect to the Class Members identified in Appendix A and Appendix B of Defendant's Notice of Motion (hereinafter "the Arbitration Associates") (Dkt. 101; the "November 7, 2019 Order").

2. The November 7, 2019 Order compelled the Arbitration Associates to arbitrate, in the manner provided by his or her Arbitration Agreement with Defendant, the first through eighth claims for relief asserted in the operative complaint, to be initiated within ninety (90) days of the November 7, 2019 Order, should the Arbitration Associate so choose.

3. On or about December 5, 2019, Plaintiff filed a Motion for Reconsideration and Notice of Appeal with respect to the November 7, 2019 Order.

4. On or about December 19, 2019, mediator David Lowe, Esq. issued to Plaintiff and Defendant a mediator's proposal, the terms of which would result in settlement and release of the claims of all Class Members, as of the November 7, 2019 Order, and the Arbitration Associates.

5. On or about December 23, 2019, Plaintiff and Defendant were notified by Mr. Lowe that the mediator's proposal was accepted by the parties.

6. Plaintiff and Defendant are preparing a long-form settlement agreement and supporting documents to set forth the terms for resolving the claims of the Class Members and the Arbitration Associates and submit for Court approval (the "Settlement"). Defendant agrees that it will provide a draft memorandum of agreement that has been approved by Defendant and all of Defendant's Counsel to Plaintiff not later than January 31, 2020.

7. Plaintiff and Defendant stipulate and agree that it is in the best interest of the Arbitration Associates that the ninety (90) day deadline set forth in the Court's November 7, 2019 Order for the bringing of individual demands for arbitration be TOLLED pending the submission of the Settlement for Court approval, and distribution of notice of the Settlement to the Class Members subject to the Court's preliminary approval of the Settlement.

8. Plaintiff and Defendant stipulate and agree that the deadline to file an individual claim to arbitrate shall be tolled through and including the later of the following dates: (a) sixty (60) days following the Court's issuance of an Order denying, in its entirety, the Plaintiff's Motion for Preliminary Approval of Joint Stipulation of Settlement ("Preliminary Approval Motion"); (b) subject to preliminary approval of the Settlement, sixty (60) days following the date upon which any Arbitration Associate compelled to arbitration pursuant to the Court's November 7, 2019 Order (Dkt. 101) submits a valid, timely request for exclusion from the Settlement in the manner provided by the Settlement; or (c) sixty (60) days following the Court's issuance of an Order denying, in its entirety, the Plaintiff's Motion for Final Approval of Joint Stipulation of Settlement.

9. Plaintiff and Defendant agree to work expeditiously to prepare the papers necessary to seek preliminary approval of the Settlement from the Court.

10. Plaintiff and Defendant agree that, (i) should Plaintiff be contacted by a Class Member or Arbitration Associate about the case before the filing of the Preliminary Approval Motion, Plaintiff will respond only that the individual should contact Plaintiff's counsel; and (ii) should Plaintiff's counsel be contacted by any Class Member or Arbitration Associate about the case before the filing of the Preliminary Approval Motion, Plaintiff's counsel will respond that a settlement has been reached, the

///

///

///

individual need not do anything to protect his/her rights as to the lawsuit, at this time, and the details of the settlement and the Class Member's or Arbitration Associate's rights will be communicated in a forthcoming Court-approved notice.

DATED: January 27, 2020

JARED HAGUE
SUTTON HAGUE LAW CORPORATION
Attorneys for Plaintiff
TERRY T. SNIPES, SR.

DATED: January 27, 2020

ELENA BACA
RYAN DERRY
JENNIFER MILAZZO
PAUL HASTINGS
Attorneys for Defendant
DOLLAR TREE DISTRIBUTION, INC.

**ORDER**

In accordance with the Joint Stipulation between Plaintiff and Defendant, the ninety (90) day deadline for the Arbitration Associates to initiate individual demands for arbitration against Defendant, if they so choose, as set forth in the Court's November 7, 2019 Memorandum and Order (ECF No. 101), is hereby TOLLED in the manner set forth in the Joint Stipulation of the parties.

IT IS SO ORDERED.

DATED: January 27, 2020

MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE