S. BRETT SUTTON, 143107
brett@suttonhague.com
JARED HAGUE, 251517
jared@suttonhague.com
BRADY BRIGGS 310934
brady@suttonhague.com
SUTTON HAGUE LAW CORPORATION, P.C.
5200 N. Palm Avenue, Suite 203
Fresno, California  93704
Telephone:  (559) 325-0500
Facsimile:   (559) 981-1217

Attorneys for Plaintiff, the Class Members and all Aggrieved Employees

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

* * *

| | |
|---|---|
| TERRY T. SNIPES, SR., an individual, residing in San Joaquin County, California;<br><br>Plaintiff,<br><br>vs.<br><br>DOLLAR TREE DISTRIBUTION, INC., a Virginia Corporation; and Does 1–50, inclusive,<br><br>Defendants. | Case No. 2:15-cv-00878-MCE-KJN<br><br>**CLASS ACTION**<br><br>**ORDER GRANTING PLAINTIFF'S MOTION FOR ATTORNEYS' FEES, COSTS AND CLASS REPRESENTATIVE AWARD**<br><br>**Date:         October 29, 2020**<br>**Time:        2:00 p.m.**<br>**Courtroom:  7**<br><br>Judge:  Hon. Morrison C. England, Jr.<br><br>**Filed:         April 1, 2015**<br>**Removed:   April 23, 2015**<br>**Trial Date:  TBD** |

1

ORDER GRANTING PLAINTIFF'S MOTION FOR ATTORNEYS' FEES, COSTS AND CLASS REPRESENTATIVE AWARD

Sutton Hague
Law Corporation
5200 N. Palm Avenue
Suite 203
Fresno, CA  93704

TO ALL PARTIES AND THEIR RESPECTIVE COUNSEL OF RECORD:

The Plaintiff's Motion for Attorneys' Fees, Costs and Class Representative Award came before this Court, the Honorable Morrison C. England, Jr. presiding, on October 29, 2020. The Court having considered the papers submitted in support of the Motion, as well as Defendant's Statement of Non-Opposition (ECF No. 125), HEREBY ORDERS THE FOLLOWING:

1. The proposed Class Representative Payment of a single payment of Fifteen Thousand Dollars and Zero Cents ($15,000.00), payable to Plaintiff for his service as a Class Representative is finally approved.

2. The proposed Class Counsel Award of Seven Hundred Fifty Thousand Dollars and Zero Cents ($750,000.00) in attorneys' fees payable to Class Counsel is finally approved.

3. The proposed Class Counsel Costs presently of Fifty-Eight Thousand Four Hundred and Seventy-Two Dollars and Forty-Four Cents ($58,472.44) in costs incurred by Class Counsel is finally approved.

4. The Parties and the Settlement Administrator are ordered to comply with the terms of the Settlement as it relates to the funding and distribution of the proposed Class Counsel Award of attorney fees and costs and the Class Representative's Class Representative Payment.

5. Nothing in this Order will preclude any action to enforce the Parties' obligations under the Settlement or under this Order, including the requirement that Dollar Tree Distribution, Inc. fund the amount contemplated hereby in accordance with the Settlement.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

6. Without affecting the finality of this Order in any way, the Court retains jurisdiction of all matters relating to the interpretation, administration, implementation, effectuation and enforcement of this Order and the Settlement.

**IT IS SO ORDERED.**

Dated: November 5, 2020

MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE

Sutton Hague
Law Corporation
5200 N. Palm Avenue
Suite 203
Fresno, CA 93704

3

ORDER GRANTING PLAINTIFF'S MOTION FOR ATTORNEYS' FEES, COSTS AND CLASS REPRESENTATIVE AWARD