S. BRETT SUTTON (SB# 143107)
JARED HAGUE (SB# 251517)
BRADY BRIGGS (SB# 310934)
SUTTON HAGUE LAW CORPORATION, P.C.
5200 N. Palm Avenue, Suite 203
Fresno, California 93704
Telephone: (559) 325-0500

Attorneys for Plaintiff
TERRY T. SNIPES, SR., AND THE CLASS

ELENA R. BACA (SB# 160564)
elenabaca@paulhastings.com
JENNIFER MILAZZO (SB# 318356)
jennifermilazzo@paulhastings.com
PAUL HASTINGS LLP
515 South Flower Street
Twenty-Fifth Floor
Los Angeles, California 90071-2228
Telephone:   (213) 683-6000
Facsimile:   (213) 627-0705

Attorneys for Defendant
DOLLAR TREE DISTRIBUTION, INC.

(*Additional Counsel listed on next page*)

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| TERRY T. SNIPES, SR., an individual,<br><br>Plaintiff,<br><br>vs.<br><br>DOLLAR TREE DISTRIBUTION, INC., and DOES 1 through 5, inclusive,<br><br>Defendants. | Case No. 2:15-cv-00878-MCE-DAD<br><br>**ORDER APPROVING *CY PRÈS* DISTRIBUTION**<br><br>Hearing Date: None set<br>Time: N/A<br>Courtroom: 7<br>Judge: Hon. Morrison C. England, Jr.<br><br>Complaint filed: April 1, 2015<br>Removed: April 23, 2015<br>Trial date: TBD |

1  LINDBERGH PORTER (SB# 100091)
   lporter@littler.com
2  LITTLER MENDELSON, P.C.
   333 Bush Street
3  Thirty-Fourth Floor
   San Francisco, California 94104
4  Telephone:    (415) 433-1940
   Facsimile:    (415) 399-8490
5

6  RYAN D. DERRY (SB# 244337)
   ryanderry@paulhastings.com
7  PAUL HASTINGS LLP
   101 California Street
8  Forty-Eighth Floor
   San Francisco, California 94111
9  Telephone:    (415) 856-7000
   Facsimile:    (415) 856-7100
10

11 Attorneys for Defendant
   DOLLAR TREE DISTRIBUTION, INC.
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Having received and reviewed the parties' Report Re: Distribution and Joint Proposal For Approval of *Cy Près* Distribution, IT IS ORDERED THAT:

Consistent with Sections 1.14 and 3.16 of the parties' Settlement Agreement (ECF No. 116-2), of which the Court entered the Final Approval Order on November 6, 2020 (ECF No. 126), within thirty (30) days from the entry of this Order, the Settlement Administrator, Phoenix Settlement Administrators, shall distribute all funds that remain in the Qualified Settlement Fund, to:

>Veterans Legal Institute
>
>1231 Warner Avenue
>
>Tustin, CA 92780

IT IS SO ORDERED.

Dated: August 12, 2021

_____
MORRISON C. ENGLAND, JR.
SENIOR UNITED STATES DISTRICT JUDGE