**S. BRETT SUTTON, 143107**
brett@suttonhague.com
**JARED HAGUE, 251517**
jared@suttonhague.com
**BRADY BRIGGS 310934**
brady@suttonhague.com
**SUTTON HAGUE LAW CORPORATION, P.C.**
5200 N. Palm Avenue, Suite 203
Fresno, California  93704
Telephone:  (559) 325-0500
Facsimile:   (559) 981-1217

Attorneys for Plaintiff, the Class Members and all Aggrieved Employees

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

* * *

| | |
|---|---|
| TERRY T. SNIPES, SR., an individual, residing in San Joaquin County, California;<br><br>Plaintiff,<br><br>vs.<br><br>DOLLAR TREE DISTRIBUTION, INC., a Virginia Corporation; and Does 1–50, inclusive,<br><br>Defendants. | Case No. 2:15-cv-00878-MCE-KJN<br><br>**CLASS ACTION**<br><br>**REQUEST FOR DISMISSAL OF CASE WITH PREJUDICE; ORDER THEREON**<br><br>[*FRCP 41(a)(2)*]<br><br>**Judge:  Hon. Morrison C. England, Jr.**<br><br>**Filed:            April 1, 2015**<br>**Judgment Entered:    November 6, 2020** |

TO ALL PARTIES AND THEIR RESPECTIVE COUNSEL OF RECORD:

1. The Parties have complied in all respects with the Judgment and Final Approval Order [ECF No. 126] entered in this case on or about November 6, 2020, and all sums encompassed by the Class Action Settlement have been disbursed in accordance with the parties' Report Re: Distribution And Joint Proposal For Approval Of *Cy Près* Distribution [ECF No. 129], approved on or about July 29, 2021 [ECF 129-1].

2. Pursuant to FRCP 41(a)(2), and based on the foregoing Order, Plaintiff respectfully requests that the Court dismiss this case with prejudice.

Dated: June 21, 2022

SUTTON HAGUE LAW CORPORATION
A Nevada Professional Corporation


By: /s/ S. Brett Sutton
S. BRETT SUTTON
Attorneys for Plaintiff


**ORDER**

1. Insofar as the Parties have complied with their respective obligations under the November 6, 2020 Judgment and Final Approval Order [ECF No. 126], and based on Plaintiff's request that the case be dismissed with prejudice pursuant to FRCP 41(a)(2), the Court hereby dismisses this case with prejudice.

2. The matter having been concluded in its entirety, the Clerk of Court is directed to close the case.

IT IS SO ORDERED.

June 21, 2022

MORRISON C. ENGLAND, JR.
SENIOR UNITED STATES DISTRICT JUDGE